UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ANDREW ROCERO,**

                   Plaintiff,

vs.

**MEYER DISTRIBUTING INC., and
DOES 1 through 50, inclusive,**

              Defendants.

**Case No. 2:20-CV-02325-JAM-DB**

**ORDER GRANTING PLAINTIFF LEAVE
TO AMEND THE COMPLAINT
PURSUANT TO STIPULATION**

     This matter is before the Court on the parties' Stipulation to Allow Filing of Plaintiff's First Amended Complaint.  The Court, having reviewed the Stipulation, hereby ORDERS that Plaintiff is permitted to file and serve a First Amended Complaint as set forth in the Stipulation.  The defendants shall have twenty (20) days following service to respond to the First Amended Complaint.

     IT IS SO ORDERED.


DATED:  March 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4824-8738-3778.1