UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW ROCERO,**<br><br>               Plaintiff,<br><br>vs.<br><br>**MEYER DISTRIBUTING INC.,**<br>**MEYER LOGISTICS INC., and DOES 1**<br>**through 50, inclusive,**<br><br>               Defendants. | **Case No. 2:20-CV-02325-TLN-DB**<br><br><br>**ORDER DISMISSING PLAINTIFF'S**<br>**THIRTEENTH CAUSE OF ACTION**<br>**WITHOUT PREJUDICE PURSUANT TO**<br>**STIPULATION** |

        This matter is before the Court on the parties' Stipulation for Dismissal of Plaintiff's Thirteenth Cause of Action for violation of the California Private Attorney General Act in Plaintiff's First Amended Complaint.  The Court, having reviewed the Stipulation, hereby ORDERS that Plaintiff's Thirteenth Cause of Action is dismissed without prejudice.

        IT IS SO ORDERED.

DATED:  June 13, 2022

_____
Troy L. Nunley
United States District Judge